THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY GILDNER and DEBRA GILDNER, husband and wife, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 19-cv-00362-RAJ<br><br>VERIFICATION OF STATE COURT RECORDS |

Cristina Sepe declares:

1. I am an attorney representing Defendant The Boeing Company ("Boeing").

2. The attached are true and correct copies of all pleadings, orders, and other records and proceedings that were filed in the Superior Court of the State of Washington for King County in Cause No. 19-2-03989-2 KNT, entitled *Guy Gilder et al. v. The Boeing Company*, other than the Complaint, a copy of which was attached to Boeing's Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct.

VERIFICATION OF STATE COURT RECORDS
(No. 19-cv-00362-RAJ) – 1

92140343.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | DATED: March 15, 2019 | *s/ Cristina Sepe* |
| 2 | | Cristina Sepe, WSBA No. 53609 |
| | | **Perkins Coie LLP** |
| 3 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, WA  98101-3099 |
| 4 | | Telephone:  206.359.8000 |
| | | Facsimile:  206.359.9000 |
| 5 | | Email:  CSepe@perkinscoie.com |
| 6 | | *Attorneys for Defendant The Boeing Company* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

VERIFICATION OF STATE COURT RECORDS
(No. 19-cv-00362-RAJ) – 2

92140343.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused service of the foregoing document on each of the attorneys of record. Service was accomplished on each party, at the address set forth below, by the manner indicated:

| | |
|---|---|
| ☒ U.S. Mail<br>☒ E-Mail<br>☐ E-File<br>☐ Hand Delivery<br>☐ Overnight Delivery | Pellegrino L. Certa, WSBA No. 25903<br>Cheryl J. Farrish, WSBA No. 41698<br>CERTA LAW GROUP P.S.<br>320 Dayton St Ste 260<br>Edmonds, WA 98020-3583<br>206.838.2500<br>pcerta@certalaw.com<br>cfarrish@certalaw.com<br>aspung@certalaw.com<br><br>*Attorneys for Plaintiffs* |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of March, 2019, at Seattle, Washington.

*s/ Cristina Sepe*
Cristina Sepe, WSBA No. 53609

CERTIFICATE OF SERVICE – 1

92140343.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000